**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW
**LAW DEPART**
100 CHURCH STRE
NEW YORK, NY 100

Nov

Request GRANTED. The November 18, 2026 ICMC is ADJOURNED *sine die*. The parties are directed to file a joint status letter on settlement efforts on **December 18, 2026**. SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
November 12, 2026

**VIA ECF**
Hon. Jennifer E. Willis
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Cuddy Law Firm, P.L.L.C. v. N.Y.C. Dep't of Educ.,* 25-cv-7913 (JAV)(JW)

Dear Judge Willis:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write on behalf of the parties pursuant to the Court's October 7, 2026 Order (ECF No. 17) to respectfully request that the Court adjourn the Initial Pretrial Conference ("IPTC") (including the parties' submission of the attendant case management plan) currently scheduled for November 18, 2026, *sine die*, or any date 30 days thereafter that is convenient to the Court. This is the first request to adjourn the IPTC. The parties note that there is no need for discovery, and liability is not at issue. The requested adjournment will allow time for the parties to hopefully resolve all claims in this matter without further intervention by the Court. Should the parties reach an impasse in their settlement discussions, the parties would like to proceed to motion practice on the issue of attorney's fees and costs.

Accordingly, the parties respectfully request that the Court adjourn the IPTC currently scheduled for November 18, 2026, *sine die*, and or any date 30 days thereafter to allow time for the parties to attempt to resolve this matter through settlement. The parties propose a further joint letter be due by December 18, 2026—ideally advising the Court this matter has been settled, or otherwise proposing a briefing schedule.

Thank you for considering this request.

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)